UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICK SHEAH, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § § | Civil Action No. 4-15-CV-00488-RC |
| C.M. & MCKAY CORP d/b/a JAPON STEAKHOUSE AND SUCHI BAR, TRACY MCKAY, Individually | § § § § § | |
| Defendants. | § § | |

**ORDER**

The parties have reached a settlement of this matter, and having been advised, the Court determines that the terms of the settlement of this litigation are fair and reasonable and hereby approves the terms of the settlement. Accordingly, the Court DISMISSES WITH PREJUDICE this action and any and all claims that were or could have been raised in this action by Plaintiff Patrick Sheah and opt-in Plaintiff Krista Chester. The Parties shall bear his/her/its own respective attorney's fees and costs.

SO ORDERED this ____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE