UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **PATRICK SHEAH, Individually and On Behalf of All Others Similarly Situated,** | § § § § § § | |
| Plaintiff, | | |
| vs. | § § § § | Civil Action No. 4-15-CV-00488-RC |
| **C.M. & MCKAY CORP d/b/a JAPON STEAKHOUSE AND SUCHI BAR, TRACY MCKAY, Individually** | § § § § § § | |
| Defendants. | § § | |

## ORDER TO SUBMIT SETTLEMENT AGREEMENT TO CHAMBERS FOR IN CAMERA REVIEW BY THE COURT

The Court, having considered Defendants' Unopposed Motion To Submit Settlement Agreement To Chambers For In Camera Review By The Court (the "Motion"), hereby determines that the Motion should be GRANTED.  It is therefore ordered that Defendants submit the Settlement Agreement to the chambers of Judge Ron Clark for in camera review within five days of the entry of this Order.

SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE