** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICK SHEAH, individually and on behalf of those similarly situated, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 4:15-cv-488 |
| v. | § § | JUDGE RON CLARK |
| C.M. & MCKAY CORP., D/B/A JAPON STEAKHOUSE AND SUSHI BAR, TRACY MCKAY, individually, | § § § § | BRC |
| *Defendants*. | § | |

## FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

The Court has entered its Order Granting the Parties' Motion for Approval of Settlement and Dismissal With Prejudice.

It is therefore ORDERED, ADJUDGED, and DECREED that the Settlement Agreement is APPROVED and shall remain confidential.  The court retains jurisdiction to enforce the settlement agreement. Accordingly, this action is DISMISSED with prejudice.

So **ORDERED** and **SIGNED** this **13** day of **May, 2016.**

_____
Ron Clark, United States District Judge